No. 1031, Misc. REINA v. NEW YORK. Court of Appeals of New York. Certiorari denied. *Frances Kahn* for petitioner.

No. 1045, Misc. FOGGY v. EYMAN, WARDEN, ET AL. Supreme Court of Arizona. Certiorari denied.

No. 1049, Misc. SEAGRAVE v. RHAY, PENITENTIARY SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 1058, Misc. WILLIS v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1069, Misc. MURDOCK v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 1071, Misc. ANDERSON v. KENTUCKY ET AL. Court of Appeals of Kentucky and United States Court of Appeals for the Sixth Circuit. Certiorari denied.

No. 1130, Misc. WOLFE v. MISSOURI. Supreme Court of Missouri. Certiorari denied. *Bernard J. Mellman* for petitioner. *Thomas F. Eagleton,* Attorney General of Missouri, and *Ben Ely, Jr.,* Assistant Attorney General, for respondent.

No. 1114, Misc. GREEN v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.